**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CATHARON INTELLECTUAL PROPERTY, LLC,** | § § § | |
| | § | CASE NO. 6:14-CV-61-RWS-KNM |
| Plaintiff, | § § | (CONSOLIDATED LEAD CASE) |
| v. | § § | |
| **FEDEX CORPORATE SERVICES INCORPORATED, et al.,** | § § | JURY TRIAL DEMANDED |
| Defendants. | | |

**FINAL JUDGMENT**

The above-entitled civil action has come before the Court for consideration, and a decision having been duly rendered as to all claims,

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**.

All motions by either party not previously ruled on are hereby **DENIED**.

So ORDERED and SIGNED this 9th day of June, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE